UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:05-CR-87-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JARROD ANTWIAN HARRIS, | ) | |
| Defendant. | ) | |

The court has been advised by Justin F. Andrews, Warden, Federal Correctional Institution, Butner, North Carolina, that the defendant was received for evaluation at that institution on January 17, 2013. As a result, Warden Andrews has requested that the 45-day evaluation period be calculated from the date of Harris' arrival at the facility, to end on March 2, 2013.

For good cause shown, the Warden's request is ALLOWED. It is ORDERED that the observation period for the evaluation ordered herein shall conclude on **March 2, 2013.**

At the end of that period, the mental health evaluation staff promptly shall submit a written report as directed in the court's order of admission, and facility shall notify the United States Marshal that the defendant is ready to be retrieved. The period of delay resulting from this extension shall be excluded from calculation of the defendant's speedy trial time pursuant to 18 U.S.C. § 3161.

SO ORDERED.

This the 25th day of January, 2013.

_____
JAMES C. FOX
Senior United States District Judge