UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 7:05-CR-87-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JARROD ANTWIAN HARRIS, | ) | |
| Defendant. | ) | |

This matter is before the court on Harris's motion to seal docket entry 53. For good cause shown, the motion is ALLOWED and the Clerk of Court is DIRECTED to maintain docket entry 53 under seal. The Clerk of Court is DIRECTED to provide a copy of docket entry 53 to counsel for the Government.

SO ORDERED.

This the 8th day of August, 2013.

JAMES C. FOX
Senior U.S. District Judge