UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 7:05-CR-87-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JARROD ANTWIAN HARRIS, | ) | |
| Defendant. | ) | |

This matter is before the court on the Government's motion to seal docket entry 55. For good cause shown, the motion is ALLOWED and the Clerk of Court is DIRECTED to maintain docket entry 55 under seal. The Clerk of Court is DIRECTED to provide a copy of docket entry 55 to defense counsel.

SO ORDERED.

This the 8th day of August, 2013.

JAMES C. FOX
Senior U.S. District Judge