UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:05-CR-87-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER TO SEAL |
| v. | ) | GOVERNMENT'S PROPOSED |
| | ) | SEALED MOTION |
| | ) | |
| JARROD ANTWIAN HARRIS | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry No. 59 be sealed.

This the 22nd day of August, 2013.

JAMES C. FOX
Senior United States District Judge