UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

**U.S.A. vs. Jarrod Antwian Harris**  Docket No. 7:05-CR-87-1F

**Petition for Action on Supervised Release**

COMES NOW Pamela O. Thornton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jarrod Antwian Harris, who, upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon, 18 U.S.C. § 922(g)(1) and § 924 and Knowingly Using a Firearm During and in Relation to a Drug Trafficking Offense and Possession of Said Firearm in Furtherance of Said Drug Trafficking Offense, 18 U.S.C. § 924(c), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on January 17, 2006, to the custody of the Bureau of Prisons for a term of 90 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Jarrod Antwian Harris was released from custody on December 17, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On April 17, 2015, the releasee submitted to a urine screen which revealed positive results for cocaine. The releasee was questioned regarding the positive drug screen and admitted to using cocaine with his uncle. He stated that he was remorseful and would not use any illegal drugs in the future.

The releasee is in school at Cape Fear Community College and living with his girlfriend. He is participating in mental health treatment at Physicians Alliance Treatment Center and taking his medications as prescribed. Other than this violation, he has been compliant with his conditions of supervision. As a sanction for his drug use, it is recommended that he serve a weekend in jail. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of one (1) weekend, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2048
Executed On: May 15, 2015

Jarrod Antwian Harris
Docket No. 7:05-CR-87-1F
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 18 day of May, 2015 and ordered filed and made a part of the records in the above case.

*James C. Fox*
James C. Fox
Senior U.S. District Judge